RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Jeremy James Johnston

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00926-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE BENCH TRIAL** |
| v. | (Fourth Request) |
| JEREMY JAMES JOHNSTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jeremy James Johnston, that the bench trial currently scheduled on September 6, 2023, at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The parties are in the final stages of a non-trial resolution.

2.      Mr. Johnston is out of custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the fourth request for a continuance of the bench trial.

DATED this 5th day of September 2023.

RENE L. VALLADARES                      JASON M. FRIERSON
Federal Public Defender                 United States Attorney


    */s/ Keisha K. Matthews*                */s/ Imani Dixon*
By_____          By_____
KEISHA K. MATTHEWS                      IMANI DIXON
Assistant Federal Public Defender       Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00926-BNW |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS |
| v. | OF LAW AND ORDER |
| JEREMY JAMES JOHNSTON, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  The parties are in the final stages of a non-trial resolution.

2.  Mr. Johnston is out of custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

     IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, September 6, 2023, at 9:00 a.m., be vacated and continued to November 15, 2023 at 9:00 a.m. in Las Vegas Courtroom 3B.

     DATED this ___6th___ day of September, 2023.

_____

UNITED STATES MAGISTRATE JUDGE

4