RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Jeremy James Johnston

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JEREMY JAMES JOHNSTON,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00926-BNW<br><br>**STIPULATION TO CONTINUE JOINT STATUS REPORT**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jeremy James Johnston, that the joint status report currently due on June 25, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Johnston needs additional time to complete the terms of the agreement.

　　　　2.　　Mr. Johnston is out of custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1     This is the second request for a continuance of the joint status report.

2     DATED this 26th day of June 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Skyler Pearson*<br>By_____<br>SKYLER PEARSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JEREMY JAMES JOHNSTON,<br><br>            Defendant. | Case No. 2:22-mj-00926-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Johnston needs additional time to complete the terms of the agreement.
2. Mr. Johnston is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the joint status report currently due on Tuesday, June 25, 2024, be vacated and continued to __August 26, 2024__ at _____ __.m.

DATED this __27th__ day of June 2024.

_____
UNITED STATES MAGISTRATE JUDGE