```
RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org
```

Attorney for Jeremy James Johnston

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00926-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (First Request) |
| JEREMY JAMES JOHNSTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jeremy James Johnston, that the Status Conference currently scheduled on July 25, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Johnston needs additional time to complete the terms of the agreement.
2. Mr. Johnston is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1     This is the first request for a continuance of the Status Conference.

2     DATED this 23rd day of July 2024.

4 RENE L. VALLADARES      JASON M. FRIERSON
Federal Public Defender      United States Attorney

6    */s/ Keisha K. Matthews*      */s/ Skyler Pearson*
By_____      By_____
7 KEISHA K. MATTHEWS      SKYLER PEARSON
Assistant Federal Public Defender      Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JEREMY JAMES JOHNSTON,<br><br>        Defendant. | Case No. 2:22-mj-00926-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Johnston needs additional time to complete the terms of the agreement.
2. Mr. Johnston is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the Status Conference currently scheduled on Thursday, July 25, 2024, at 9:30 a.m., be vacated and continued to September 19, 2024 at 9:30 a.m.

DATED this 24 day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE